IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO. 4:09-cv-00487-MP-WCS

REAL PROPERTY LOCATED AT 1000 JEFFERSON STREET, PERRY, FLORIDA WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Joint Motion to Stay by United States of America, Doc. 9. The United States asks this matter be stayed, jointly with named claimant, and stating that claimant is under investigation. The United States mentions relevant law stating that civil forfeiture proceedings shall be stayed if civil discovery pursuant to that proceeding will adversely affect the ability of the Government to conduct a related investigation. *See* 18 U.S.C. § 981(g)(1). Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Joint Motion to Stay, Doc. 9, is GRANTED.

    2.    This matter is STAYED pending completion of investigation into Defendant property claimant.

    **DONE AND ORDERED** this __3rd__ day of August, 2010



                                          Maurice M. Paul, Senior District Judge