IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               CASE NO. 4:09-cv-00487-MP-WCS

REAL PROPERTY LOCATED AT 1000 JEFFERSON STREET, PERRY, FLORIDA WITH
ALL IMPROVEMENTS AND APPURTENANCES THEREON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Status Report (Third) by United States of America.  On August 23, 2011, the Court held a telephone status conference in this case.  For reasons set forth in the status report, this matter is STAYED until October 21, 2011.

**DONE AND ORDERED** this  *24th* day of August, 2011

                            *s/Maurice M. Paul*

                            Maurice M. Paul, Senior District Judge