IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 4:09-cv-00487-MP-WCS

REAL PROPERTY LOCATED AT 1000 JEFFERSON STREET, PERRY, FLORIDA WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Notice to Court and Status Report (Fourth) by the United States of America. For reasons set forth in the status report, this matter is STAYED until December 5, 2011.

    **DONE AND ORDERED** this  *21st* day of October, 2011

                *s/Maurice M. Paul*

                Maurice M. Paul, Senior District Judge