**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                    CASE NO. 4:09cv487-MP-CAS

REAL PROPERTY LOCATED AT
1000 JEFFERSON STREET,
PERRY, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON,

      Defendant.

_____/

**O R D E R**

      This matter is before the court on the government's consented motion to dismiss. (Doc. 27).  Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  While the parties have agreed to dismiss the forfeiture in this case, the opposing party, who served an answer on July 20, 2010, has not signed a stipulation of dismissal.  Thus, the government's request may only be dismissed by court order.

      Accordingly, it is ORDERED:

      The government's consented motion to dismiss (doc. 27) is GRANTED and this case is dismissed without prejudice.  The Clerk is directed to close the file.

      **DONE and ORDERED** this 7th day of May, 2012.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**